```
PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: (877) 833-2445
        E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCINDA GONZALES JACOBO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>　　　　Defendant. | CIVIL NO. 1:22-cv-01279-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

　　　IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

　　　Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: May 24, 2023

/s/ Francesco P. Benavides*
FRANCESCO P. BENAVIDES
Attorney for Plaintiff
*Authorized via e-mail on May 24, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:  /s/ Erin A. Jurrens
ERIN A. JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Based on the parties' stipulation, **IT IS ORDERED** that this action is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. 405(g).  The Clerk of Court is directed to enter a judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner

IT IS SO ORDERED.

Dated:  **May 24, 2023**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE